Form DEFECF (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Wayne Lynn Johnson**<br>PO Box 228<br>Wellston, MI 49689<br>SSN: xxx–xx–2460<br>**Janet Lou Johnson**<br>PO Box 228<br>Wellston, MI 49689<br>SSN: xxx–xx–6797<br><br>**Debtors** | **Case Number 15–04501–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE OF DEFECTIVE ENTRY OR FILING

NOTICE IS HEREBY GIVEN that document #: 10 is defective for the following reasons:

- ☐ Incomplete PDF Document attached to the entry.
- ☐ Entered in the wrong case.
- ☐ PDF document is not legible.
- ☐ Incorrect Form Submitted (Official forms are located on the Court's website at: www.miwb.uscourts.gov)
- ☑ The Reaffirmation Agreement Cover Sheet is incomplete. Nothing is filled out under "Other Information."

NOTICE IS FURTHER GIVEN that the following action must be taken:
- ☐ Document needs to be re–filed.
- ☑ No further action will be taken by the Court.

If you have any questions, please contact the ECF HelpDesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov or by calling (616) 456–2693.



Daniel M. LaVille
Clerk of Court

**Dated:** September 17, 2015